FILED

2011 JAN -5 PM 2: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY____

1   SEAN REIS (sreis@edelson.com) - SBN 184044
    EDELSON MCGUIRE LLP
2   30021 Tomas Street, Suite 300
    Rancho Santa Margarita, California 92688
3   Telephone: (949) 459-2124
    Fax: (949) 459-2123
4

5
    MICHAEL J. ASCHENBRENER (maschenbrener@edelson.com)
6   CHRISTOPHER L. DORE (cdore@edelson.com)
    EDELSON MCGUIRE, LLC
7   350 North LaSalle Street, Suite 1300
    Chicago, Illinois 60654
8   Telephone: (312) 589-6370
    Fax: (312) 589-6378
9

10  ATTORNEYS FOR PLAINTIFF

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                   SOUTHERN DIVISION

14
                                          SACV11-00025 JVS (MLGx)
15  DEVIN CLEMENCE, individually and on    ) Case No.
    behalf of all others similarly situated,  )
16                                          ) COMPLAINT FOR:
                    Plaintiff,              )
17                                          ) 1. Violations of the Consumers
    v.                                      )    Legal Remedies Act, Cal. Civ.
18                                          )    Code §§ 1750, et seq.;
    POWER BALANCE, LLC, a Delaware          ) 2. Violations of the UCL, Cal. Bus.
19  limited liability company,              )    & Prof. Code §§ 17200, et seq.;
                                            ) 3. Violations of the False
20                  Defendant.              )    Advertising Law, Cal. Bus. &
                                            )    Prof. Code §§ 17500, et seq.;
21                                          )    and
                                            ) 4. Restitution/Unjust Enrichment.
22                                          )
                                            )
23                                          ) DEMAND FOR JURY TRIAL
                                            )
24                                          ) CLASS ACTION
                                            )
25                                          )
                                            )
26                                          )
                                            )
27                                          )
28

BY FAX

COMPLAINT

Plaintiff, by his attorneys, upon personal knowledge as to himself and his own acts and upon information and belief as to all other matters, alleges as follows:

## NATURE OF THE ACTION

1.      Plaintiff Devin Clemence brings this class action complaint against Defendant Power Balance, LLC ("Defendant" or "Power Balance") for Defendant's false and misleading claims concerning its holographic wristbands and pendants, which Power Balance claims "help to promote balance, flexibility, strength, and overall wellness."

2.      Much like the popular Q-Ray bracelets of the 1990s and early 2000s, Power Balance makes outlandish and unsubstantiated claims about the positive health effects its products promote.

3.      Recently, Power Balance made this statement in response to an Australian governmental investigation:

> In our advertising we stated that Power Balance wristbands improved your strength, balance and flexibility.

> We admit that there is no credible scientific evidence that supports our claims . . .

4.      Power Balance also made the same claims in its United States advertising, but it has made no such admission of the falsity of its claims in the U.S.

## PARTIES

5.      Plaintiff Devin Clemence is a resident of Grand Rapids, Michigan.

6.      Defendant Power Balance, LLC is a Delaware limited liability company with its headquarters and principal place of business at 30012 Ivy Glenn Drive, Suite 150, Laguna Nigel, California 92677.  Defendant does business throughout the State of California and the nation.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction over the subject matter of this action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(a) & (d) because the amount in

COMPLAINT

1  controversy exceeds $5,000,000.00 exclusive of interest and costs, and more than two-thirds

2  of the users of the putative class are citizens of states different than that of Defendant.

3       9.      Venue is proper in this District under 28 U.S.C. § 1391(b) & (c).  A

4  substantial portion of the events and conduct giving rise to the violations of law complained

5  of herein occurred in this District and because Defendant maintains its principal offices in

6  this District.

7       10.     Personal jurisdiction and venue are proper because Power Balance, LLC is a

8  limited liability company headquartered in Orange County and/or because the improper

9  conduct alleged herein occurred in, was directed from, and/or emanated or exported from

10 California.

11                          **FACTUAL BACKGROUND**

12 **Power Balance's History**

13      11.     Power Balance was founded in 2007 and is based in Orange County,

14 California.

15      12.     CNBC has reported that the company generated more than $35 million in

16 revenue in 2010, up from $5.6 million in 2009.

17 **Power Balance's Claims**

18      13.     Power Balance makes and sells wristbands, pendants, and stickers containing

19 holograms, which retail for $29.95 or more.

20      14.     Until recently, Power Balance's website (www.powerbalance.com) stated as

21 follows:

22             **POWER BALANCE Performance Technology has been**
               **embedded with naturally occurring frequencies found in**
23             **nature that have been known to react positively with the**
               **body's energy field. This helps to promote balance,**
24             **flexibility, strength and overall wellness.**

25             For thousands of years, eastern medicine has been using the
26             same techniques for personal wellness through finding things
               in nature that react positively with your body, such as rocks,
27

28
---
COMPLAINT

3

minerals, crystals, etc. Through kinesiology we have learned
that certain foods cause the body to react either positively or
negatively as well. Although not all substances found in nature
work the same on everyone, we have narrowed it down to a
few that we believe are highly beneficial and have put them
together to create Power Balance Performance Technology.

It's hard to argue with nature and the fact is that everything in
nature resonates at a particular frequency. That is what keeps it
all together. We react with frequency because we are a
frequency. Most simply, we are a bunch of cells held together
by frequency. If you hold processed sugar or a cell phone in
your hand and hold your arm straight out to your side and have
someone push your arm down while you resist, it goes down
pretty easily because processed sugar and cellular telephones
do not react positively with the human body. Basically, the
frequencies in sugar and cell phones create a reaction that
makes your body weaker. Adversely, if you put certain
vitamins or minerals in your hand and do the same test with
your arm, you will find it is much harder for that person to
push your arm down. Your body's energy field likes things that
are good for it and craves to be around those things. **At Power
Balance, we have taken a few of those items and through
advances in technology, have been able to duplicate those
positive energies and imprint them onto our holographic
media.**

Why Holograms? We use holograms because they are
composed of Mylar—a polyester film used for imprinting
music, movies, pictures, and other data. Thus, it was a natural
fit. In fact, the hologram is so complex with such infinite depth
and minimal surface area, that many companies are now using
them as hard drives. Along those same lines, we felt that it
would be a lot easier to get someone to put a hologram in there
[sic] shoe rather then [sic] a Power Balance equipped rock or
apple.

15.    These claims are not supported by any science or scientific studies. There is
simply no scientific basis for Power Balance's claims that its products improve balance,
flexibility, strength, and overall wellness. Accordingly, these claims are deceptive,
misleading, and fraudulent.

16.    Power Balance's website now states:

COMPLAINT

4

•WHAT IS POWER BALANCE?

Power Balance is Performance Technology designed to work with your body's natural energy field. Founded by athletes, Power Balance is a favorite among elite athletes for whom balance, strength and flexibility are important.

•HOW DOES THE HOLOGRAM WORK?

Power Balance is based on the idea of optimizing the body's natural energy flow, similar to concepts behind many Eastern philosophies. The hologram in Power Balance is designed to resonate with and respond to the natural energy field of the body.

17.     Similar to its previous claims, modern science does not support Power Balance's current claims, thus its claims are deceptive.

18.     Power Balance's retail packaging also contains large, bold letters that state "BALANCE * STRENGTH * FLEXIBILITY."

**Foreign Investigations in Power Balance's Claims**

19.     Several countries have fined Power Balance for deceptive marketing practices, including Italy, Spain, and Australia.

20.     The Australian Competition and Consumer Commission ("ACCC") ordered Power Balance to provide refunds to any Australian customer who requests it.

21.     ACCC Chairman, Graeme Samuel, said, "Power Balance has admitted that there is no credible scientific basis for the claims and therefore no reasonable grounds for making representations about the benefits of the product."

22.     In response to the ACCC investigation, Power Balance stated:

In our advertising we stated that Power Balance wristbands improved your strength, balance and flexibility.

We admit that there is no credible scientific evidence that supports our claims and therefore we engaged in misleading conduct in breach of s52 of the Trade Practices Act 1974.

If you feel you have been misled by our promotions, we wish to unreservedly apologise and offer a full refund.

COMPLAINT

5

23.     What is true in Australia is also true in the United States: there is no credible scientific evidence to support Power Balance's claims of improved strength, balance, and flexibility.  Thus, Power Balance has engaged and continues to engage in deceptive marketing in the United States.

**Q-Ray Bracelets**

24.     Power Balance and its "magical" holograms are reminiscent of the Q-Ray bracelets of recent years.

25.     In the mid-1990s, QT, Inc. began marketing and selling the Q-Ray ionized bracelet, which QT claimed could improve flexibility, improve sports performance, and provide other health benefits.  The company still advertises that it will "balance your own negative and positive energy forces, optimizing your Bio-Energy."

26.     Studies eventually showed that there was no scientific support for the Q-Ray's claims, and several lawsuits followed.

27.     In 2006, the U.S. District Court for the Northern District of Illinois ordered QT, Inc. to disgorge between $22.5 million and $87 million because of its deceptive marketing practices.  *FTC v. QT, Inc.*, 448 F. Supp. 2d 908 (N.D. Ill. 2006).  The Seventh Circuit Court of Appeals upheld the verdict.  *FTC v. QT, Inc.*, 512 F.3d 858 (7th Cir. 2008).

**FACTS RELATING TO PLAINTIFF**

28.     Devin Clemence is a resident of Grand Rapids, Michigan.

29.     In December 2010, he purchased a Power Balance wristband at a Golf Galaxy retail store for the price of approximately $29.99.

30.     He purchased the Power Balance wristband because of Power Balance's claims that it would improve his flexibility, strength, and wellness.  In purchasing his Power Balance wristband, he relied on Power Balance's false and misleading claims regarding the product's benefits.

COMPLAINT

6

31.     Mr. Clemence has lost money—$29.95—as a result of Defendant's unfair competition.

**CLASS ALLEGATIONS**

32.     Plaintiff Clemence brings this action pursuant to Fed. R. Civ. P. 23(b)(2) and 23(b)(3) on behalf of himself and a class of similarly situated individuals (the "Class") defined as follows:

> All persons in the United States who purchased any Power Balance product between January 1, 2007 and the present day.

Excluded from the Class are Defendant, its legal representatives, assigns, and successors, and any entity in which Defendant has a controlling interest.  Also excluded is the judge to whom this case is assigned and the judge's immediate family.

33.     The Class consists of millions of individuals, making joinder impractical.

34.     Plaintiff's claims are typical of the claims of all of the other members of the Class.  Plaintiff and each Class member was affected in substantially the same way by Defendant's fraudulent, misleading, and unlawful marketing of its products.

35.     Plaintiff will fairly and adequately represent and protect the interests of the other members of the Class.  Plaintiff has retained counsel with substantial experience in prosecuting complex litigation and class actions.  Plaintiff and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so.  Neither Plaintiff nor his counsel has any interest adverse to those of the other members of the Class.

36.     Absent a class action, most members of the Class would find the cost of litigating their claims to be prohibitive and will have no effective remedy.  The class treatment of common questions of law and fact is also superior to multiple individual actions

COMPLAINT

or piecemeal litigation in that it conserves the resources of the courts and litigants, and promotes consistency and efficiency of adjudication.

37.     Defendant has acted and failed to act on grounds generally applicable to Plaintiff and the other members of the Class, requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward members of the Class.

38.     The factual and legal bases of Defendant's liability to Plaintiff and to the other members of the Class are the same, resulting in injury to Plaintiff and all of the other members of the Class.  Plaintiff and the other members of the Class have all suffered harm and damages as a result of Defendant's wrongful conduct.

39.     There are many questions of law and fact common to Plaintiff's claims and the claims of the other members of the Class.  Common questions for the Class include but are not limited to the following:

        a)     whether Defendant's conduct described herein constitutes a violation of the Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750, *et seq.*;

        b)     whether Defendant's conduct described herein constitutes a violation of the Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*;

        c)     whether Defendant's conduct described herein constitutes a violation of the False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, *et seq.*; and,

        c)     whether Defendant unjustly received and/or continues to receive money as a result of its conduct described herein, and whether under principles of equity and good conscience, Defendant should not be permitted to retain those monies.

40.     The questions of law and fact common to the members of the Class

1  predominate over any questions affecting only individual members and a class action is

2  superior to all other available methods for the fair and efficient adjudication of this

3  controversy.

4

5       41.    Plaintiff reserves the right to revise the foregoing "Class Allegations" based
on facts learned in discovery.

6

### FIRST CAUSE OF ACTION

7

### Violation of Cal. Civ. Code § 1750 et seq.

8

### (On behalf of Plaintiff and the Class)

9

10       42.    Plaintiff incorporates by reference the foregoing allegations.

11       43.    The Consumers Legal Remedies Act ("CLRA") applies to Defendant's

12  actions and conduct as described herein because it extends to transactions that are intended to

13  result, or which have resulted, in the sale of goods or services to consumers.

14       44.    Plaintiff and each member of the Class are "consumers" within the meaning of

15  Cal. Civ. Code § 1761(d).

16       45.    The products, including wristbands, pendants, and stickers are "goods" within
the meaning of Cal. Civ. Code § 1761(a).

17

18       46.    Defendant violated § 1770(a)(5) of the CLRA because it has represented that

19  Power Balance products have characteristics, uses, benefits that they do not have, such as the
ability to improve balance, flexibility, and strength.

20

21       47.    The ability to improve balance, flexibility, and strength is and was the major

22  selling point of Power Balance's products.  Plaintiff and Class members relied on these
representations when purchasing Power Balance products.

23

24       48.    As a direct and proximate result of Defendant's violation of Cal. Civ. Code

25  § 1750, *et seq.*, Plaintiff and Class members have suffered harm in the form of monies paid to

26  Defendant.  Plaintiff, on behalf of himself and the Class, seeks injunctive relief.  For the sake
of clarity, Plaintiff explicitly disclaims any claim for damages under the CLRA at this time.

27

28

COMPLAINT

9

**SECOND CAUSE OF ACTION**

**Violation of Cal. Bus. & Prof. Code §¶ 17200 et seq.**

**(On behalf of Plaintiff and the Class)**

49.     Plaintiff incorporates by reference the foregoing allegations.

50.     California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et seq.*, protects both consumers and competitors by promoting fair competition in commercial markets for goods and services.

51.     The UCL prohibits any unlawful, unfair or fraudulent business act or practice. A business practice need only meet one of the three criteria to be considered unfair competition.  An unlawful business practice is anything that can properly be called a business practice and that at the same time is forbidden by law.

52.     As described above, Defendant has violated the unlawful prong by violating California's Consumers Legal Remedies Act.

53.     As described above, Defendant has violated the fraudulent prong by knowingly and willfully making false and misleading claims to the public regarding the benefits of its products in order to generate sales and profit.

54.     As a direct and proximate result of Defendant's unlawful and fraudulent acts, Plaintiff and Class members have suffered injury in fact and lost money.

55.     Pursuant to Cal. Bus. & Prof. Code § 17203, Plaintiff seeks an order enjoining Defendant from continuing to engage in the unfair and unlawful conduct described herein. Plaintiff seeks an order (1) requiring Defendant to cease the unfair practices described herein; (2) requiring Defendant to restore to Class members any money acquired by means of unfair competition (restitution); and, (3) awarding reasonable costs and attorneys' fees pursuant to Cal. Code Civ. Proc. § 1021.5.

//

//

COMPLAINT

10

1

**THIRD CAUSE OF ACTION**

2

**Violation of Cal. Bus. & Prof. Code §§ 17500 et seq.**

3

**(On behalf of Plaintiff and the Class)**

4

56.    Plaintiff incorporates by reference the foregoing allegations.

5

57.    Defendant engaged in advertising and marketing to the public and offered for

6

sale Power Balance products on a nationwide basis, including in California.  Defendant

7

engaged in advertising to the public, including to Plaintiff and Class members, offering for

8

sale Power Balance products that it represented would improve balance, flexibility, and

9

strength.  Defendant did so with the intent to induce Plaintiff and Class members to purchase

10

its products.

11

58.    Defendant's advertising is and was untrue or misleading and likely to deceive

12

the public in that the advertising portrays a level of performance that its products cannot

13

deliver.  There is no scientific evidence to support Defendant's claims of improved balance,

14

flexibility, or strength.

15

59.    In making and disseminating the statements alleged herein, Defendant knew

16

or should have known that its statements were false and misleading and therefore in violation

17

of §§ 17500, *et seq*.

18

60.    Plaintiff and Class members relied on Defendant's statements in purchasing

19

its products.

20

61.    As a direct and proximate result of Defendant's false advertising, Plaintiff and

21

the Class have suffered injury in fact and lost monies to Defendant.

22

62.    Unless restrained by the Court, Defendant will continue to engage in false and

23

misleading advertising, as alleged herein, in violation of § 17500.

24

//

25

//

26

//

27

28

COMPLAINT

11

**FOURTH CAUSE OF ACTION**

**Restitution/Unjust Enrichment**

**(On behalf of Plaintiff and the Class)**

63.     Plaintiff incorporates by reference the foregoing allegations.

64.     Plaintiff and the Class have conferred a benefit upon Defendant.  Defendant has received and retained money belonging to Plaintiff and the Class as a result of its unlawful and fraudulent practices.

65.     Defendant appreciates or has knowledge of said benefit.

66.     Under principles of equity and good conscience, Defendant should not be permitted to retain money belonging to Plaintiff and the Class that it unjustly received as result of its actions.

67.     Plaintiff and the Class have suffered financial loss as a direct result of Defendant's conduct.

68.     Plaintiff, on his own behalf and on behalf of the Class, seeks the imposition of a constructive trust on and restitution of the proceeds of Defendant received as a result of its conduct described herein, as well as attorneys' fees and costs pursuant to Cal. Civ. Proc. Code § 1021.5.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Devin Clemence, on behalf of himself and the Class, respectfully requests that this Court issue an order:

A.     Certifying this case as a class action on behalf of the Class defined above, appointing Devin Clemence as class representative, and appointing his counsel as class counsel;

B.     Declaring that Defendant's actions, as set out above, violate the CLRA, Cal. Civ. Code §§ 1750, *et seq*.; the UCL, Cal. Bus. & Prof. Code §§ 17200 *et seq*.; and, the False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, et seq.;

COMPLAINT

12

C.      Awarding injunctive relief as necessary to cease Defendant's violations of the Cal. Bus. & Prof. Code §§ 17200 *et seq.* and §§ 17500, *et seq.*;

D.      Award Plaintiff and the Class restitution in the form of complete disgorgement of all Power Balance revenue;

E.      Award Plaintiff and the Class their reasonable litigation expenses and attorneys' fees;

F.      Award Plaintiff and the Class pre- and post-judgment interest, to the extent allowable;

G.      Enter such other injunctive and/or declaratory relief as is necessary to protect the interests of Plaintiff and the Class;

H.      Award such other and further relief as equity and justice may require.

**JURY TRIAL**

Plaintiff demands a trial by jury for all issues so triable.


Respectfully submitted,

Dated: January 5, 2011                          EDELSON MCGUIRE LLP


By:_____
          SEAN REIS
          One of the Attorneys for Plaintiff

COMPLAINT

13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

### SACV11- 25 JVS (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[X] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Sean P. Reis, Esq., SBN 184044
Edelson McGuire LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DEVIN CLEMENCE, individually and on behalf of all others similarly situated, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | **SACV11-00025 JVS (MLGx)** |
| POWER BALANCE, LLC, a Delaware limited liability company, | **SUMMONS** |
| DEFENDANT(S). | |

TO:    DEFENDANT(S): POWER BALANCE, LLC, a Delaware limited liability company,

        A lawsuit has been filed against you.

        Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney,  Sean P. Reis of Edelson McGuire LLP  , whose address is  30021 Tomas Street, Suite 300, Rancho Santa Margarita, CA 92688  . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                Clerk, U.S. District Court

Dated:  January 5, 2011                         By: _____

                                                        Deputy Clerk

                                                        (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| DEVIN CLEMENCE, individually and on behalf of all others similarly situated. | POWER BALANCE, LLC, a Delaware limited liability company. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Sean P. Reis, Esq., SBN 184044, Edelson McGuire LLP<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, CA 92688  (949) 459-2124 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff          ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant      ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☒ Yes   ☐ No          ☒ **MONEY DEMANDED IN COMPLAINT: $** 5,000,000 +

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)
28 USC 1332(a), (d).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☒ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**     Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Michigan |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  1-5-11

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |